**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 26-1001

Curran, et al., vs. Governor of Delaware, et al.,

Calendar Date September 15, 2026 Location Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Lynn A. Kelly

Designation of Arguing Counsel: Lynn A. Kelly

Member of the Bar: ☑ Yes ☐ No

Representing (check only one):

☐ Petitioner(s) ☐ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☑ Appellee(s) ☐ Amicus Curiae

Please list the name of the lead party being represented:

Governor of Delaware

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)